### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID FINK,** *et al*., | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CORPORATE LIAISON, LLC,** *et al*., | : | **NO.  12-3431** |
| **Defendants.** | : | |

## ORDER

   **AND NOW**, this 23rd day of April, 2013, upon consideration of Defendant Citibank's

Second Motion to Dismiss (Docket No. 13), Plaintiffs' Opposition thereto (Docket No. 14), and

the parties' replies (Docket Nos. 17, 20), it is hereby **ORDERED** that Defendant Citibank's

Motion to Dismiss (Docket No. 13) is **GRANTED**.

   It is further **ORDERED** that a hearing will be held on Defendant Citibank's Motion for

Sanctions (Docket No. 15) on June 14, 2013 at 4:00 p.m. in Courtroom 10B.


                              BY THE COURT:


                              S/Gene E.K. Pratter
                              GENE E.K. PRATTER
                              United States District Judge